IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**LASTEPHEN ROGERS,** Individually
and for Others Similarly Situated,

      Plaintiff,

v.                                              **CIV. ACT. NO. 5:21-CV-199**
                                                    Judge Bailey

**TUG HILL OPERATING, LLC,**

      Defendant.

## ORDER

On February 24, 2025, this Court received a Joint Stipulation of Dismissal Without Prejudice [Doc. 101] stating the parties have agreed to the dismissal of plaintiff's claims without prejudice. Thus, it is hereby **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITHOUT PREJUDICE** and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The Final Pretrial Conference set for March 17, 2025, at 3:00 p.m. and the Trial set for March 25, 2025, at 9:00 a.m. are hereby **CANCELED**.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Clerk is directed to forward copies of this Order to all counsel of record.

**DATED**: February 25, 2025.

/s/ John Preston Bailey
**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**